

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## OFFICE OF THE CLERK

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj United States Courthouse
901 19th Street
Denver, Colorado 80294
Phone(303) 844-3433
www.cod.uscourts.gov

Ever Caicedo
Register No. 59471-079
FCI OAKDALE
P.O. Box 5000
Oakdale, LA 71463

Nov. 22, 2006                    Re: 91-CR-355-1-LTB

Dear Mr. Caicedo,

Your Motion for Purchase of Transcripts has been given to our office for reply. Please find enclosed a copy of the docket sheet in your Case Number 91-CR-355-1. It appears that no transcript of your sentencing on March 25, 2006 was ever produced.

Please let us know if we can provide you with any documents in the file.

Very truly yours,
Gregory C. Langham, Clerk

by
Stephen P. Ehrlich
Chief Deputy Clerk

enc.

## I. CHARGES

**CRIMINAL DOCKET - U.S. District Court**

- PO ☐ 1082 1 Assigned ___
- Misd. ☐  Disp./Sentence ___
- Felony ☒ District ☐ Off ☐ Judge/Magistr. ___
- ☐ WRIT
- ☐ JUVENILE
- ☐ ALIAS
- OFFENSE ON INDEX CARD ☐

U.S. vs. CAICEDO, EVER aka "Gato"
Luis Ganzalez

Case Filed: Mo. 10 / Day 11 / Yr. 91
Docket No. 00355  Def. 1
No. of Def's: 1
U.S. MAG. CASE NO. ▶ 91-1T30M

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. NG |
|---|---|---|---|
| 21:846, 841(a)(1) & 841(b)(1)(A) | Conspiracy with intent to distribute cocaine Sched II (ct.1) | 1 | |
| | INFORMATION filed 1/31/92 | | |

SUPERSEDING COUNTS

## II. KEY DATE

- INTERVAL ONE — KEY DATE / EARLIEST OF: ☐ arrest ☐ sum'ns ☐ custody ☐ appears—on complaint
- END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL) — KEY DATE 10/11/91 APPLICABLE: ☒ Indictment filed/unsealed ☐ consent to Magr. trial on complaint ☐ Information ☐ Felony-W/waiver
- KEY DATE: a)☐ 1st appears on pending charge /R40  b)☐ Receive file R20/21  c)☐ Supsdg:☐ Indt ☐ Inf  d)☐ Order New trial  e)☐ Remand  f)☐ G/P Withdrawn
- END INTERVAL TWO — KEY DATE / APPLICABLE: ☐ Dismissal  Pled ☐ guilty / After N.G.  ☐ Nolo / After nolo  ☐ Trial (voir dire) began ☐ Jury ☐ N.J.

1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | ☐ PTD ☐ Nolle ☐ Pros. | FINAL CHARGES DISMISSED: ☐ on S.T. ☐ grounds ☐ W.P. ☐ WOP | on def motion / on gov't motion

## III. MAGISTRATE

| | DATE | INITIAL/NO. | | | INITIAL/NO. | OUTCOME: |
|---|---|---|---|---|---|---|
| Search Warrant Issued / Return | | | INITIAL APPEARANCE DATE ▶ | | | ☐ DISMISSED / HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT |
| Summons Issued / Served | | | PRELIMINARY EXAMINATION / REMOVAL HEARING | Date Scheduled ▶ OR Date Held ▶ | | HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW |
| Arrest Warrant Issued | 10/10/91 | DEA82BA | ☐ WAIVED ☐ NOT WAIVED | Tape Number | | |
| COMPLAINT ▶ | 10/10/91 | DEA82BA | ☐ INTERVENING INDICTMENT | | | |

Date of Arrest / OFFENSE (in Complaint)
Robert Kennedy — 18:2 & 21 841(a)(1) & 846  Aid, abet, conspire to dist. cocaine

Show last names and suffix numbers of other defendants on same indictment/information:

RULE: ☐ 20  ☐ 21  ☐ 40  ☐ In  ● Out

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

**ATTORNEYS** — U.S. Attorney or Asst.

Robert Kennedy

Defense: 1 ☐ CJA  2 ☒ Ret.  3 ☐ Waived  4 ☐ Self  5 ☐ Non/Other  6 ☐ PD  7 ☐ CD

Robert Flynn
1801 York St.
Denver, CO 80206
377-7610

Scott T. Poland
333 S. Allison Pkwy, Suite 205
Lakewood, CO 80226
969-8300

**INTERPRETER:**

Mary Ellen Pruess
12298 West Connecticut Dr.
Lakewood, Colorado 80228
9896526

**BAIL ● RELEASE**

PRE-INDICTMENT
- Release Date ___
- Bail ☐ Denied
- ☐ Fugitive ☐ Pers. Rec. ☐ PSA
- AMOUNT SET $ ___
- Conditions: ☐ 10% Dep. ☐ Surety Bnd ☐ Collateral ☐ 3rd Prty ☐ Other
- Date Set ___
- ☐ Bail Not Made
- Date Bond Made ___

POST-INDICTMENT
- Release Date ___
- Bail ☐ Denied
- ☐ Fugitive ☐ Pers. Rec. ☐ PSA
- AMOUNT SET $ ___
- Conditions: ☐ 10% Dep. ☐ Surety Bnd ☐ Collateral ☐ 3rd Prty ☐ Other
- Date Set ___
- ☐ Bail Not Made
- Date Bond Made ___

**FINE AND RESTITUTION PAYMENTS**

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |

Docket Entries Begin On Reverse Side

APPEALS FEE PAYMENTS

Ever Caicedo

| DATE DOCUMENT NO. | Yr. | Docket No. | Def. | MASTER DOCKET - MULTIPLE DEFENDANT CASE / PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | PAGE __ OF __ | VI. EXCLUDABLE DELAY Start Date / End Date | Ltr. Code | Total Days |
|---|---|---|---|---|---|---|---|---|
| | 91 | 355 | 1 | | | | | |

**V. PROCEEDINGS**

| 1991 | |
|---|---|
| 10/9 | COMPLAINT<br>W/A of deft. |
| 10/11 | INDICTMENT |
| 10/16 | Marshal's return on W/A...deft arrested 10/11/91 |
| 10/23 | Deft arrested in Texas, all paperwork from arresting court recd as follows: Complaint and Warrant; Initial appearance, financial affidavit, Order Appointing Counsel, Order of Temporary Detention, Detention Hearing, Order of Detention Pending Trial, papers forwarded to Dist. of CO |
| 10/24 | INITIAL APPEARANCE(HS)...deft present w/o counsel advised of rights, charges & penalties....financial affidavit executed & deft found unable to hire counsel...ORDER: outside counsel to be apptd...ORDER: arraign. set for 10/31/91 at 11:30 am before HS...govt states that deft had deten. hrg. in TX and was ordered detained...deft to be DETAINED based upon order of TX Magistrate...deft remanded to custody of USM |
| 10/31 | Entry of Appearance of Flynn<br>ARRAIGNMENT(HS)...deft present w/counsel...IND read to deft & deft entered plea of NOT GUILTY...ORDER: JRC assigned to case by draw...discov. conf. set for 11/8/91 at 2 pm before RMB...defts appearance is waived...deft remanded to custody of USM...atty Polland requests that he be excused...ORDER: Mr. Polland may be excused |
| *10/30 | CJA Appointment of Poland |
| 11/5 | NOTICE OF TRIAL SETTING(JRC)...trial to jury is set for 12/9/91 at 8:30 am...com |
| 11/8 | Discovery Hearing Report...motions due 12/1/91...2-3 estimated trial days |
| 11/22 | MOTION OF Deft to Continue Trial Date and Enlarge Time to File Motiosn<br>Minute Order(JRC)...hrg. on the mtn to cont. trial is SET for 11/27/91 at 10:30 am...com |
| 11/17 | Signed (JRC) Order continuing trial to 2/10/92...Motion deadline 1/2/92...Hearing on motions set 1/10/92 at 2:00 p.m. |
| 11/27 | HEARING(JRC)Motion to Cont. Trial...deft signs waiver of speedy trial...ORDER: mtn is GRANTED and TRIAL is RESET to 2/10/92 at 8:30 am...mtn hrg. set for 1/10/92 at 2 pm<br>SGD(JRC)Waiver of Speedy Trial |
| 12/19 | DEFT'S Second Motion to Continue Trial Date and Enlarge Time Limits |
| 12/20 | MOTION OF Deft to Enlarge Time Limits Only |
| 12/24 | MINUTE ORDER (JRC) Motion to enlarge time is granted to 1/16/92. |
| **1992** | |
| 1/9 | Minute Order(JRC)...hrg. on mtns is set for 1/17/92 at 2 pm...govt shall respond to mtns on/before 1/15/92...com<br>MOTION OF Deft for James Hearing<br>MOTION OF Deft for Discovery<br>MOTION OF Deft to Dismsis the Indictment<br>MOTION OF Deft for Notice of 404(b) Material<br>MOTION OF Deft for Disclosure of Impeaching Materials |
| 1/14 | Minute Order(JRC)...a C.O.P. is set for 1/31/92 at 3 pm...com |
| 1/31 | CHANGE OF PLEA(JRC)...plea agreement,all proceedings and mtn to seal are SEALED<br>SGD(JRC)Waiver of Indictment...sealed<br>MOTION OF Govt to Seal Plea Agreement...SEALED<br>SGD(JRC)ORDER...the plea agreement, mtn to seal plea agreement shall remain sealed until further order of court...SEALED<br>INFORMATION....sealed |

Handwritten: 11/27 / 2/10/92  T2

CONTINUED TO PAGE

| UNITED STATES DISTRICT COURT CRIMINAL DOCKET U.S. vs | | 91 - 355 |
|---|---|---|
| AO 256A | CAICEDO, EVER | Yr. \| Docket |

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE (a) \| (b) |
|---|---|---|
| **1992** | | |
| 2/27 | SENT SET for 3/25/92 at 10 am - JRC | |
| 3/13 | GOVT'S Resposne to Presentence Report | |
| 3/18 | GOVT'S Motion for Departure...SEALED | |
| | MOTION OF Govt to Seal | |
| 3/23 | SGD(JRC)ORDER...govts mtn is SEALED until further order of court...com | |
| 3/25 | SENTENCING(JRC)....deft be impr. for 51 mos...court recommends that the BOP designate FCI, Three Rivers, TX...court further recommends that the deft be given maximum opportunities to receive higher education especially to imporove his ability to write & speak english...5 yrs. supervised release... $50 to CVF...no fine imposed...deft remanded to custody of USM | |
| 3/30 | SGD(JRC)Judgment in a Criminal Case...eod 4/1/92 | |
| 4/9 | Marshal's return on J&C...deft arrested on 10/9/91 in TX | |
| **1993** | | |
| 3/25 | Satisfaction of Judgment as to Monetary Imposition | |
| | MOTION OF Govt...SEALED | |
| 3/26 | Minute Order(JRC)...the mtn to seal is GRANTED...com | |
| 4/27 | Supplement to Motin for Reduction...SEALED | |
| 4/28 | SGD(JRC)ORDER...Supplement to Motion for Reduction and this Order are SEALED...com | |
| 5/26 | SGD(JRC)ORDER For Reduction...SEALED | |
| **1997** | | |
| 11/14 | Memo from probation requesting that this case be reassigned as matters have come up that require the court's attention | |
| 11/18 | Memo from Clerk advising that this case is REASSIGNED to LTB for all future pleadings | |
| **1998** | | |
| 4/3 | Transcfer of Jurisdiction to the Southern District of Texas, Houston | |

Interval (per Section II) | Start Date / End Date