**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 91-cr-00355-LTB

UNITED STATES OF AMERICA,

       Respondent,

v.

1.   EVER CAICEDO,

       Petitioner.

---

**ORDER**

---

THIS MATTER is before the Court on Defendant/Petitioner's pro se Motion for Summary Judgment (Doc 14 - filed June 4, 2008). A Motion for Summary Judgment pursuant to Rule 56 applies to civil cases and not to criminal cases. According, the Motion for Summary Judgment (Doc 14) is DENIED.

It is further ORDERED that the Government shall respond to the underlying motions **on or before June 16, 2008**.

                                          BY THE COURT:

                                            s/Lewis T. Babcock
                                            Lewis T. Babcock, Judge

DATED: June 6, 2008