**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 91-cr-00355-LTB

UNITED STATES OF AMERICA,

        Respondent,

v.

1.   EVER CAICEDO,

        Petitioner.

---

**ORDER**

---

THIS MATTER is before the Court on Petitioner's pro se Motion to Purchase Transcripts (Doc 7) and Motion to Unseal Records (Doc 8) and Government's Response to Petitioner's pro se Motion to Purchase Transcripts and Unseal Records (Doc 17). Upon review of the motion, the response, the file and record in this matter, it is

ORDERED that the Motions are GRANTED IN PART AND DENIED IN PART as follows:

Petitioner may purchase (or receive) a copy of his May 26, 1993, J & C Order. His request to unseal any other documents relating to the re-sentencing is DENIED.

                                    BY THE COURT:

                                    s/Lewis T. Babcock
                                    Lewis T. Babcock, Judge

DATED: June 17, 2008