**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 08-cv-01853-LTB
(Criminal Action No. 91-cr-00355-LTB)

UNITED STATES OF AMERICA,

v.

EVER ENRIQUE CAICEDO,

    Movant.

---

**ORDER DENYING CERTIFICATE OF APPEALABILITY**

---

Babcock, Judge

    Movant has filed a notice of appeal from this court's final order denying his motion pursuant to 28 U.S.C. § 2255 to vacate, set aside or correct his sentence. The court has reviewed the file and finds that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because Movant has not made a substantial showing of the denial of a constitutional right. Accordingly, it is

    ORDERED that a certificate of appealability will not be issued.

    DATED at Denver, Colorado this __29th__ day of September, 2008.

                             BY THE COURT:

                                s/Lewis T. Babcock
                                JUDGE, UNITED STATES DISTRICT
                                COURT FOR THE DISTRICT OF COLORADO